UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JAMES HAMPTON # 119203**                              **CIVIL ACTION**

versus                                                  **NO. 08-1535**

**TIM WILKINSON, WARDEN**                               **SECTION: "E" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **James Hampton** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  12th  day of         August        , 2008.

UNITED STATES DISTRICT JUDGE