UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES HAMPTON  #119203                                          CIVIL ACTION

versus                                                          NO. 08-1535

TIM WILKINSON, WARDEN                                           SECTION: E/3

**CERTIFICATE OF APPEALABILITY**

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

◯    A certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s): _____

_____
_____
_____ .

⊗    A certificate of appealability shall not be issued for the following reason(s): For the reasons stated in this Court's Memorandum and Order (R.D. 16) and Judgment (R.D. 17), and Memorandum and Order Regarding Certificate of Appealablity dated this date.

New Orleans, Louisiana, this  4th  day of  November , 2008.

*[signature]*
MARCEL LIVAUDAIS, JR.
Senior United States District Judge